**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-2048**

———————

CORINE BARNES,

                                   Plaintiff - Appellant,

        versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

                                   Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge.  (CA-99-
2501)

———————

Submitted:  November 9, 2000        Decided:  November 15, 2000

———————

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Corine Barnes, Appellant Pro Se.  Larry David Adams, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Corine Barnes appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Barnes v. Secretary, HHS</u>, No. CA-99-2501 (D. Md. July 17, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is marked as "filed" on July 14, 2000, the district court's records show that it was entered on the docket sheet on July 17, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).